UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HARRY CHERRY,

                              Plaintiff,

    -against-

ALEXANDRIA OCASIO-CORTEZ,

                              Defendant.
------------------------------------------------------------------x

**ORDER**

19-CV-4139 (KAM) (CLP)

CHERYL L. POLLAK, United States Magistrate Judge

    Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. The United States Marshals Service is hereby directed to serve the summons and the complaint upon defendant without prepayment of fees.

    SO ORDERED.

/s/ Cheryl L. Pollak
CHERYL L. POLLAK
United States Magistrate Judge

Dated: Brooklyn, New York
        July 19, 2019