UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HARRY CHERRY,

                    Plaintiff,

          -against-

ALEXANDRIA OCASIO-CORTEZ,

                    Defendant.
------------------------------------------------------------X

**ORDER**
19 CV 4139 (FB) (CLP)

**POLLAK**, United States Magistrate Judge:

On July 15, 2019, plaintiff, proceeding pro se, filed a complaint in this matter.[1] On July 19, 2019, the Court granted leave for plaintiff to proceed in forma pauperis and directed the United States Marshals Service to serve the summons and the complaint upon the defendant.[2] However, the plaintiff has yet to provide the defendant's address for purposes of service. If the plaintiff wishes to proceed in this case, the plaintiff shall provide the defendant's address within 30 days, by October 23, 2019.

    **SO ORDERED.**

Dated: Brooklyn, New York
       September 23, 2019

                                        /s/ Cheryl L. Pollak
                                      Cheryl L. Pollak
                                      United States Magistrate Judge
                                      Eastern District of New York

---

[1] ECF No. 1.
[2] ECF No. 4.