UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Harry Cherry

                                          JUDGMENT

                    Plaintiff,                    19-CV-4139(FB)(CLP)

        v.

Alexandria Ocasio-Cortez,

                    Defendant.
--------------------------------------------------------------X

        An Order of the Honorable Frederic Block, United States District Judge, having been filed

on January 27, 2020, dismissing this action without prejudice for failure to prosecute; it is

        ORDERED and ADJUDGED that this action is dismissed without prejudice for failure to

prosecute.

Dated: Brooklyn, New York                 Douglas C. Palmer
        January 28, 2020                  Clerk of Court

                                  By:     /s/Jalitza Poveda
                                          Deputy Clerk